IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TIMOTHY PRIEST WALKER,

    Plaintiff,

v.

MARTY ALLEN; PINERO; and NAOMI DANIELS,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-45

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 9. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities, Plaintiff's Eighth Amendment claims regarding his placement in Tier I against Defendants Pinero and Allen, and Plaintiff's Federal Tort Claims Act ("FTCA") and Prison Rape Elimination Act ("PREA") claims. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal as to these claims. Plaintiff's Eighth Amendment claim against Defendant Daniels and his deliberate indifference claims against Defendants Pinero and Allen, in their individual capacities, remain pending.

**SO ORDERED**, this 20th day of December, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA