IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIMOTHY PRIEST WALKER, | * |
| Plaintiff, | * |
| v. | *   CV 618-045 |
| MARTY ALLEN, Warden; PINERO, Care & Treatment Warden; and NAOMI DANIELS, Kitchen Stewardess, | * |
| Defendants. | * |

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 26.) However, Defendants have filed an answer and therefore they must consent to the dismissal. Defendants so consent in their response to Plaintiff's notice. (Doc. 27.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 16th day of November, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA